SCHLESINGER v. BURNS. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Leo Schlesinger against Charles O. Burns. No opinion. Motion denied, with $10 costs. Order filed.

SCHLESINGER v. BURNS et al. (Supreme Court, Appellate Division, First Department. March 27, 1907.) Action by Leo Schlesinger against Charles O. Burns, impleaded with others. No opinion. Motion granted, with $10 costs. Order filed.

SCHLESINGER v. LEHAMIER. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Leo Schlesinger against Ludwig Lehamier. No opinion. Motion granted. Order filed.

SCHLICHTER et al., Respondents, v. GUARANTEE CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Paul M. Schlichter and another against the Guarantee Construction Company. C. E. McCann, for appellant. G. H. Francoeur, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHLOEDER v. SCAGLIONE BRICK & FIREPROOFING CO. et al. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Nicholas Schloeder against the Scaglione Brick & Fireproofing Company and others. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SCHMEISER, Respondent, v. MANSFIELD, Appellant. et al. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Charles Schmeiser against James H. Mansfield, impleaded with others. J. C. Lenney, for appellant. R. R. Billington, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHNURR, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Tilly Schnurr against Alexander Quinn. No opinion. Motion for reargument denied.

SCHROTER, Appellant, v. SCHROTER, Respondent. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by George A. Schroter against Sofi G. Schroter. A. S. Bacon, for appellant. J. W. Osborne, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHUMACKER, Respondent, v. BAUM, Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Dierck Schumacker against Max C. Baum. A. A. Silberberg, for appellant. L. M. Berkeley, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to amend on payment of costs in this court and in the court below. Order filed.

SCUDDER, Appellant, v. NASSAU COUNTY PRESS, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Townsend Scudder against the Nassau County Press. No opinion. Action discontinued by written stipulation, and order signed and entered.

SEABOARD NAT. BANK, Respondent, v. BANK OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by the Seaboard National Bank against the Bank of America. C. E. Rushmore, for appellant. H. Aaron, for respondent. No opinion. Judgment and order affirmed, with costs, on the opinion of Leventritt, J., in the court below. 100 N. Y. Supp. 740. Order filed.

SEAMAN, Respondent, v. MILHOLLAND, Appellant. (Supreme Court. Appellate Division, First Department. February 25, 1907.) Action by Louis L. Seaman against John E. Milholland. S. Bacon, for appellant. C. Strauss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SERVISS, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court. Appellate Division, Second Department. March 1, 1907.) Action by Emma A. Serviss against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Motion denied, on condition that defendant pay $10 costs and perfect the appeal within one week after the return of Mr. Rawle to this country, in default of which the motion is granted, with costs.

(119 App. Div. 866)

SHEA, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Margaret Shea, as administratrix, against the city of New York. T. Connoly, for appellant. S. E. Whitehouse, for respondent.

PER CURIAM. Judgment affirmed, with costs, on the authority of Landau v. City, 180 N. Y. 48, 72 N. E. 631, 105 Am. St. Rep. 709. Order filed.

INGRAHAM, J., dissents.

SHEDD et al. v. TOWN OF CORTLANDT et al. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by William T. Shedd, individually and as trustee, etc., and others, against the town of Cortlandt and another. No opinion. Motion granted.

SHEPHERD, Respondent, v. SHEPHERD, Appellant. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by Annie M. Shepherd against Walter S. Shepherd. H. Espen, for appellant. W. B. Dobbs, for respondent. No opinion. Order (100 N. Y. Supp. 401) affirmed, with $10 costs and disbursements. Order filed.

SHONTS, Respondent, v. THOMAS et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 1, 1907.)